HARTFORD FEDERATION OF TEACHERS, LOCAL No. 1018, AMERICAN FEDERATION OF TEACHERS, AFL-CIO *v.* BOARD OF EDUCATION OF THE CITY OF HARTFORD

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Martin A. Clayman,* for the appellee (plaintiff).

*Albert C. Murphy,* assistant corporation counsel, for the appellant (defendant).

Argued January 6—decided January 6, 1976

ROBERT ZOMMER ET AL., COADMINISTRATORS (ESTATE OF LOUIS J. ZOMMER) *v.* CATHERINE VENTULETT

The plaintiffs' motion to set aside the judgment of the trial court in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Christopher B. Carveth,* for the appellants (plaintiffs).

*Ralph F. Scofield,* for the appellee (defendant).

Argued January 6—decided January 6, 1976

RUBBER AND CHEMICAL CENTER, INC., ET AL. *v.* JOSEPH THALBERG, ADMINISTRATOR, ET AL.

The motion by the defendants Alice L. Gilbert et al. to dismiss the appeal from the Superior Court in Hartford County is granted.

*Mark H. Swerdloff,* for the appellees (defendants Alice L. Gilbert et al.).

*Ronald E. Cassidento,* for the appellants (plaintiffs).

Argued January 6—decided January 6, 1976